**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA       :   NOTICE OF INTENT TO
                                   FILE AN INFORMATION
        v.                     :
                                   08 CRIM 498
GERALD JEAN-FRANCOIS,          :

              Defendant.       :   JUDGE KEENAN

- - - - - - - - - - - - - - - - - x

Please take notice that the United States Attorney's Office will file an Information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         May 22, 2008

                                MICHAEL J. GARCIA
                                United States Attorney

                        By:     _____
                                MARK LANPHER
                                Assistant United States Attorney

                                AGREED AND CONSENTED TO:

                        By:     _____
                                GLENN H. MORAK, ESQ.
                                Attorney for Gerald Jean-Francois

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/08