JUDGE KEENAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :     INFORMATION

    - v. -                       :     08 Cr. 498

GERALD JEAN-FRANCOIS,             :

             Defendant.          :

- - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

COUNT ONE

The United States Attorney charges:

From at least in or about October 2006, up to and including in or about December 2007, in the Southern District of New York and elsewhere, GERALD JEAN-FRANCOIS, the defendant, unlawfully, willfully and knowingly, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations and promises, for the purpose of executing such scheme and artifice and attempting so to do, did place in a post office and authorized depository for mail matter, matters and things to be sent and delivered by the Postal Service, and did deposit and did cause to be deposited matters and things to be sent and delivered by private and commercial interstate carriers, and did take and did receive therefrom, and did cause to be delivered by mail and such carriers, according to the direction thereon, such matters and things, to wit, JEAN-FRANCOIS, having devised a scheme to submit fraudulent invoices to his employer

for payment, submitted an invoice to his employer in which he fraudulently demanded reimbursement for materials not provided, and, by submitting such invoice, caused his employer to mail him a check to 51 MacDougal Street, Suite 303, New York, New York, 11201, on or about May 4, 2007, which he subsequently deposited for cash to which he was not entitled.

(Title 18, United States Code, Section 1341).

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v. -

**GERALD JEAN-FRANCOIS,**

Defendant.

---

**INFORMATION**

08 Cr.

(18 U.S.C. § 1341.)

MICHAEL J. GARCIA
United States Attorney.

---

6-4-08 (WR): Filed Information and Waiver of Indictment. Deft. present with atty. Glenn Morak. AUSA Mark Lanpher present. Deft. pleads guilty as charged (one count). Court accepts plea. PSI ordered. Sentencing date: 9-10-08 at 10:30am. ROR cont'd. Defendant is permited to travel to New Jersey.

Keenan, J.