## ABRAMSON & MORAK

ATTORNEYS AT LAW

35 WORTH STREET

NEW YORK, NEW YORK 10013

ALAN M. ABRAMSON*

GLENN H. MORAK

*MEMBER OF NEW YORK AND CONNECTICUT BARS

(212) 226-7098

FAX (212) 226-4559

June 4, 2008

Honorable Judge John F. Keenan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-4-08

**Re: United States v. Gerald Jean-Francois**
    **Indictment Number 08-Cr. 498**

Your Honor:

My client, Gerald Jean-Francois is presently released on his own recognizance, with his travel restricted to the Southern and Eastern Districts of New York.. Mr. Jean-Francois would like to be able to visit with his personal physician and friend, Dr. Yvan Ducheine, who works and lives in Northern New Jersey. Mr. Jean-Francois would also like to resume his charitable work with the New Jersey chapter of the Association Of Haitian Physicians Abroad. We are respectfully requesting that his release conditions be modified to permit travel to New Jersey..

I have conferred with Assistant United States Attorney Mark Lanpher and he has advised me that the Government does not object to this request.

Thus, it is respectfully requested that Mr. Allen's travel restrictions be modified to permit him to travel to New Jersey.

Respectfully yours,

Glenn Morak

SO ORDERED:

John F. Keenan   6/4/08

cc. AUSA Mark Lanpher